No. 420. BANCO DO BRASIL, S. A., v. A. C. ISRAEL COM-
MODITY Co., INC. Court of Appeals of New York. Cer-
tiorari denied. *Frank E. Nattier, Jr., Ansel F. Luxford,
Richard L. Newman* and *James H. Mann* for petitioner.
*Jerome J. Londin, Ernest A. Gross, Hugo Kohlmann* and
*John P. Campbell* for respondent. *Solicitor General Cox*
for the United States in opposition.

No. 614. ARMADA v. UNITED STATES. C. A. 5th Cir.
Certiorari denied. *O. B. Cline, Jr.* and *Henry Carr* for
petitioner. *Solicitor General Cox, Assistant Attorney
General Miller, Robert S. Erdahl* and *Robert G. Maysack*
for the United States.

No. 624. TEMESCAL WATER Co. ET AL. v. PUBLIC UTIL-
ITIES COMMISSION OF CALIFORNIA. Supreme Court of
California. Certiorari denied. *Donald D. Stark* for peti-
tioners. *J. Thomason Phelps* for respondent.

No. 630. WILLIAMS ET AL. v. UNITED STATES. C. A.
10th Cir. Certiorari denied. *Vincent A. Ross* for peti-
tioners. *Solicitor General Cox, Assistant Attorney Gen-
eral Miller, Beatrice Rosenberg* and *Jerome Nelson* for
the United States.

No. 631. BUILDERS CORPORATION OF AMERICA ET AL. v.
UNITED STATES. C. A. 9th Cir. Certiorari denied.
*Benjamin H. Dorsey* and *Alvin Landis* for petitioners.
*Solicitor General Cox, Assistant Attorney General Doug-
las, Alan S. Rosenthal* and *Kathryn H. Baldwin* for the
United States.

No. 649. CASTIGLIA v. BONSAL, U. S. DISTRICT JUDGE.
C. A. 2d Cir. Certiorari denied. *Edward S. Friedland*
for petitioner. *Solicitor General Cox, Assistant Attorney
General Miller* and *Beatrice Rosenberg* for respondent.